IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01744-EWN-BNB

ANTHONY SMITH,

    Plaintiff,

v.

R. WORSHAM, in his in his indiv. capacity,
J. FLEMING, in his indiv. capacity,
J. ROSZEL, in her indiv. capacity,
F. AMALLA, in his indiv. capacity,
G.L. CLARK, in his indiv. capacity,
UNITED STATES OF AMERICA, pursuant to F.T.C.A.,
J. VOLMECKE, in his indiv. capacity,
L. TUCKER, in her indiv. capacity,
D. TATERA, in his indiv. capacity,
A. JOLLY, in his indiv. capacity,
J. BLANK, in his indiv. capacity,
I. AKENS, in his indiv. capacity, and
V. MURRAY, in his indiv. capacity,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: September 20, 2005

                                    BY THE COURT:

                                    s/Edward W. Nottingham
                                    UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01744-EWN-BNB

Anthony Smith
575 S. Fairfax., #1A
Glendale, CO 80246

US Marshall Service
Service Clerk
Service forms for: R. Worsham, J. Fleming,
J. Roszel, F. Amalla, G.L. Clark,
J. Vomecke, L. Tucker,
D. Tatera, A. Jolly, J. Blank, I. Akens, and V. Murray,

United States Attorney
District of Colorado
HAND DELIVERED

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on R. Worsham, J. Fleming, J. Roszel, F. Amalla, G.L. Clark, J. Vomecke, L. Tucker, D. Tatera, A. Jolly, J. Blank, I. Akens, and V. Murray: COMPLAINT FILED 09/0805, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 9-26-05

               GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk