**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01744-EWN-BNB

ANTHONY SMITH,

    Plaintiff,

v.

R. WORSHAM,
J. FLEMING.
J. ROSZEL,
F. AMALLA,
G. L. CLARK,
UNITED STATES OF AMERICA,
J. VOLMECKE,
L. TUCKER,
D. TATERA,
A. JOLLY,
J. BLANK,
I. AKENS, and,
V. MURRAY,

    Defendants.

## ORDER

Pursuant to the Stipulated Order of Dismissal filed by the parties, it is accordingly

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice with each party to pay its own costs and attorneys' fees.

DATED this 16th day of November, 2005.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM, JUDGE
                United States District Court